UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| D.S.,<br><br>              Plaintiff,<br><br>   v.<br><br>MARTIN J. O'MALLEY,<br><br>              Defendant. | Case No. 24-cv-03002-VKD<br><br>**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rules 3-12(c) and 3-12(h), the above-captioned matter is referred to the Honorable Kandis A. Westmore for consideration of whether this action is related to Case No. 4:21-cv-03560-KAW *Donna S. v. Saul*.

**IT IS SO ORDERED.**

Dated: August 6, 2024

Virginia K. DeMarchi
United States Magistrate Judge